JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| ALLEN PATRICK FLUG, | ) | NO. EDCV 20-00284-JAK(AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| SHERMAN STEWART, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 28, 2020.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE